Dismissed and Opinion filed August 22, 2002









Dismissed and Opinion filed August 22, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-01-00768-CV

____________

 

KEN WO AND TWL PARTNERS, L.P., Appellants

 

V.

 

AMERICAN FIRST NATIONAL BANK, Appellee

 



 

On
Appeal from the 280th District Court

Harris
County, Texas

Trial
Court Cause No. 01-38888

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed August 17, 2001.  The appeal was
submitted to this Court on March 28, 2002. 


On July 17, 2002, appellee
filed a motion to dismiss the appeal because the parties have settled their
dispute and the appeal is now moot.  See
Tex. R. App. P. 42.1.  Though the Court had requested that
appellants file a response to the question of mootness,
they did not.            Accordingly, the motion to dismiss the appeal as moot is
granted and the appeal is ordered dismissed. 


PER CURIAM

Judgment rendered and Opinion filed August 22, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman.

Do Not Publish C Tex. R. App. P. 47.3(b).